Name and address:
Kate T. Spelman (SBN 269109)
Alexander M. Smith (SBN 295187)
Jenner & Block LLP
515 South Flower Street, Suite 3300

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Perry Bruno,

Plaintiff(s),

v.

Burt's Bees, Inc.,

Defendant(s),

CASE NUMBER

2:22-cv-2306-SB-KS

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**
*PRO HAC VICE*

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Panos, Dean N.
*Applicant's Name (Last Name, First Name & Middle Initial)*                     check here if federal government attorney ☐

Jenner & Block LLP
*Firm/Agency Name*

353 North Clark Street                     (312) 923-2765                     (312) 527-0484
                                           *Telephone Number*                  *Fax Number*

*Street Address*

Chicago, IL 60654                          dpanos@jenner.com
*City, State, Zip Code*                    *E-mail Address*

**I have been retained to represent the following parties:**

Burt's Bees, Inc.                    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____
                                     ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| See Section IV | See Section IV | See Section IV |
|  |  |  |
|  |  |  |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:19-cv-10658 | Noohi v. Kraft Heinz Co. | 7/15/2020 | Granted |
| 2:20-cv-8100 | Coleman v. Mondelez International, Inc. | 10/26/2020 | Granted |
| 2:21-cv-3064 | Bruno v. Tom's of Maine, Inc. | 4/14/2021 | Granted |
| 5:21-cv-1827 | Merida v. Mondelez International, Inc. | 11/4/2021 | Granted |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated April 14, 2022

Dean N. Panos
*Applicant's Name (please type or print)*

*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Smith, Alexander M.
*Designee's Name (Last Name, First Name & Middle Initial)*

Jenner & Block LLP
*Firm/Agency Name*

515 South Flower Street, Suite 3300
*Street Address*

Los Angeles, CA 90071
*City, State, Zip Code*

(213) 239-2262
*Telephone Number*

(213) 239-5199
*Fax Number*

asmith@jenner.com
*Email Address*

295187
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated April 14, 2022

Alexander M. Smith
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Dean N. Panos has been admitted to practice in the following courts:

Illinois Supreme Court - 1990
Indiana Supreme Court (inactive member in good standing) - 1990
Supreme Court of the United States - 2006
United States Court of Appeals for the Second Circuit - 2017
United States Court of Appeals for the Sixth Circuit - 2004
United States Court of Appeals for the Seventh Circuit - 1993
United States Court of Appeals for the Ninth Circuit - 2009
United States District Court for the Central District of Illinois - 2022
United States District Court for the Northern District of Illinois - 1990

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Dean Nicholas Panos

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/08/1990 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 11th day of April, 2022.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois

## Office of Admissions & Continuing Education

Bradley Skolnik, Executive Director • 317-232-2552 • courts.in.gov

April 11, 2022

Dean N. Panos
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654

To whom it may concern:

Under Indiana law, an Indiana attorney may elect to assume "inactive good standing" status by filing an affidavit stating that they are currently in active good standing and that they neither hold judicial office nor are engaged in the practice of law in Indiana. Inactive status allows the attorney to remain on Indiana's "Roll of Attorneys," subject to reactivation at a later date, provided they have: (1) paid one half of the annual attorney registration fee in a timely manner; (2) have complied to that point with the Supreme Court's continuing legal education requirements; and (3) is not then subject to disciplinary action affecting the attorney's good standing.

**We have been asked to certify Dean Nicholas Panos' attorney status**. Our records show **Dean Nicholas Panos** elected inactive good standing status on **September 27, 2017** and remains inactive in good standing status as of this date. We can report that **Dean Nicholas Panos** was admitted to the Indiana bar on **June 15, 1990.**

We can also report that our records indicate Dean Nicholas Panos has never been subject to any formal disciplinary proceeding initiated by the Indiana Supreme Court Disciplinary Commission.

Sincerely,

Bradley W. Skolnik
Executive Director
Office of Admissions and Continuing Education

BWS/jn